IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MRS. PARTICIA A. PRATT | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION NO. MJG-02-3547 |
| J. BARNHART, COMMISSIONER OF SOCIAL SECURITY | : |
| Defendant. | : |

### ORDER

Plaintiff filed this action on October 29, 2002. Although the complaint has been accepted for filing, no further proceedings shall occur unless and until Plaintiff provides this Court with a properly completed Motion to Proceed *In Forma Pauperis*. The motion filed with the court on October 29 is incomplete.

According to Plaintiff, she has improperly been labeled as disabled when she is not. It is unclear from Plaintiff's complaint how her contention has violated her rights and what involvement Defendant has had in regard to her claim. Accordingly, the Court finds it necessary to direct Plaintiff to amend her complaint to more fully describe the facts underlying her complaint and to describe Defendant's involvement with her claim(s). In light of the foregoing, Plaintiff shall be afforded additional time to furnish a completed indigency application and to amend her complaint as directed.

Accordingly, IT IS this ___4th___ day of ___November___, 2002 by the United States District Court for the District of Maryland hereby ORDERED that:

1. Plaintiff **IS GRANTED** an ADDITIONAL TWENTY (20) DAYS from the date of this Order within which to provide a properly completed Motion to Proceed *In Forma Pauperis* and

to file an amendment to her complaint as directed herein. Plaintiff is cautioned that her failure to submit a properly completed indigency motion and the requested amendment to her complaint shall result in dismissal of her complaint without further notice from this Court; and

    2.    The Clerk of the Court **MAIL** a copy of this Order, together with an *In Forma Pauperis* packet, to Plaintiff.

/s/ Marvin J. Garbis
MARVIN J. GARBIS
UNITED STATES DISTRICT JUDGE