IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MRS. PATRICIA A. PRATT              :

      Plaintiff                              :

v.                                              : CIVIL ACTION NO. MJG-02-3547

J. BARNHART, COMMISSIONER OF SOCIAL   :
SECURITY

      Defendant.                         :

## **ORDER**

On November 5, 2002 the Court entered an Order directing Plaintiff to amend her complaint to more fully describe the facts underlying the basis of her complaint. Plaintiff was also directed to file a properly completed Motion to Proceed *In Forma Pauperis*. The November 5 Order granted Plaintiff twenty (20) days within which to comply with the directives contained therein. (*Id.*) She was cautioned that her failure to comply with the Court's Order would result in dismissal of her complaint without further notice from the Court. (*Id.*) The requisite time has passed and Plaintiff has failed to comply fully with the Order of the Court. Consequently, the Court finds that dismissal of Plaintiff's complaint is appropriate.

Accordingly, IT IS this _27th_ day of _November_, 2002 by this Court, hereby ORDERED that:

    1.     Plaintiff's complaint **IS DISMISSED WITHOUT PREJUDICE** for failure to comply with the November 5, 2002 Order of the Court;

    2.     The Clerk of Court **CLOSE** this case; and

3. The Clerk of Court **MAIL** a copy of this Order to Plaintiff.

*/s/ Marvin J. Garbis*
MARVIN J. GARBIS
UNITED STATES DISTRICT JUDGE